**No. 10-8057. Donald Griffin, Petitioner v. United States.**

562 U.S. 1206, 131 S. Ct. 1058, 178 L. Ed. 2d 874, 2011 U.S. LEXIS 928.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 391 Fed. Appx. 311.